

**SO ORDERED.**
**SIGNED this 3rd day of November, 2014**

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____
Marcia Phillips Parsons
CHIEF UNITED STATES BANKRUPTCY JUDGE

_____

*IN THE UNITED STATES BANKRUPTCY COURT*
*FOR THE EASTERN DISTRICT OF TENNESSEE*
*NORTHERN DIVISION AT KNOXVILLE*

IN RE:

    **TERESSA D. CAPTAIN,**　　　　　　　　　　Case No. **14-33023**
　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 7
    Debtor.

### ORDER

Upon the application of Michael H. Fitzpatrick, Trustee, seeking authority to employ Ryan E. Jarrard and Quist, Cone, & Fisher, PLLC as his attorneys to represent him with respect to investigating and recovering a possible insider fraudulent conveyance and any other legal needs of the estate, and it appearing to the Court that said Ryan E. Jarrard and Quist, Cone & Fisher, PLLC are attorneys duly authorized to practice before this Court and that the Court is satisfied that said attorneys do not hold or represent any interest adverse to the estate, and are disinterested persons within the meaning of 11 U.S.C. §101(14), and that the provisions of Fed. R. Bankr. P. 2014(a) have been satisfied, the application is **GRANTED.**

Michael H. Fitzpatrick, Trustee, shall be and he hereby is, authorized to employ Ryan E. Jarrard and Quist, Cone & Fisher, PLLC, attorneys, under the terms and conditions set forth in his

application.  The total compensation to be paid to said attorneys shall be determined by the Court upon proper interim applications or final application at the conclusion of the attorneys' services.

This order is entered *nunc pro tunc* to the date the application was filed.

###

**APPROVED FOR ENTRY:**


*/s/ Michael H. Fitzpatrick*
Michael H. Fitzpatrick, Trustee
Tenn. Bar No. 006033
**QUIST, CONE & FISHER, PLLC**
2121 First Tennessee Plaza
800 South Gay Street
Knoxville, TN 37929-9711
(865) 524-1873 ext. 222
mhf@QCFLaw.com


*/s/ Kimberly C. Swafford*
Kimberly C. Swafford
BPR No. 013971
Assistant United States Trustee
31 East 11th Street, Fourth Floor
Chattanooga, TN 37402-2722
Phone: 423- 752-5157
kim.c.swafford@usdoj.gov